GOLDSMITH & HULL, P.C./File 592835
William I. Goldsmith, SBN 82183
Michael L. Goldsmith   SBN 291700
16933 Parthenia St., Suite 110
Northridge, CA 91343
Tel: (818) 990-6600 Fax: (818) 990-6140
**Govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No.: 2:15-cv-7533-SWL(AJWx) |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S APPLICATION PERMITTING SERVICE OF PROCESS |
| vs. | |
| MICHAEL DE LEON | |
| Defendant. | |

  IT IS HEREBY ORDERED, that Plaintiff's Application for Order Permitting Service of Process is Granted, and that any agent of DIRECT LEGAL SUPPORT, who is at least 18 years of age, of suitable discretion, and not a party for this action, be authorized and appointed the serve the Writ Issued in this action.

  **IT IS ORDERED,**

DATED:  11/8/2017          s/ RONALD  S.W. LEW
                RONALD S.W. LEW, DISTRICT JUDGE
                UNITED STATES DISTRICT COURT

1